428 A.2d 246

Commonwealth v. Finnegan, Appellant.

Argued April 10, 1979.   H. David Rothman, for appellant;  Kemal Mericli, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, HESTER and MONTGOMERY, JJ.

Judgment of sentence affirmed.